SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
JOSE MAURAD,

           Plaintiff,

    -against-

SING SING CORRECTIONAL
FACILITY MEDICAL PERSONNEL
AND DEPARTMENT,

           Defendants.
———————————————————————X

**Civil Judgment**

07 Civ. 8502 (KMW)

U.S. DISTRICT COURT FILED JAN 3 1 2008 S.D. OF N.Y.

    Pursuant to the order issued JAN 3 1 2008 by the Honorable Kimba M. Wood, Chief Judge, dismissing the complaint under 42 U.S.C. § 1983, it is,

    ORDERED, ADJUDGED AND DECREED: That the complaint is hereby dismissed. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.

                                                      _____
                                                        KIMBA M. WOOD
                                                         Chief Judge

Dated: JAN 3 1 2008
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.