# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __8__

_Mourad_

-v-

_Sing Sing Correctional_

U.S.C.A. # _____

U.S.D.C. # 07-cv-8502

JUDGE: KMW

DATE: 3-4-2008

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------------

**DOCUMENT DESCRIPTION**                                                **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(X) Original Record                                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 4th Day of March, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

*Mamad*

-v-

*Sing Sing Correctional*

------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-8502

JUDGE: KMW

DATE: 3-4-2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __7__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                          Document Description

_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 4th Day of March In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
        Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-08502-KMW
### Internal Use Only

Maurad v. Sing Sing Correctional Facility Medical Personnel and Department
Assigned to: Judge Kimba M. Wood
Cause: 28:1361 Petition for Writ of Mandamus

Date Filed: 10/02/2007
Date Terminated: 01/31/2008
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 10/02/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Jose Maurad.(tro) (Entered: 10/11/2007) |
| 10/02/2007 | 2 | COMPLAINT IN THE NATURE OF MANDAMUS against Sing Sing Correctional Facility Medical Personnel and Department.Document filed by Jose Maurad.(tro) (Entered: 10/11/2007) |
| 10/02/2007 |  | Magistrate Judge Kevin N. Fox is so designated. (tro) (Entered: 10/11/2007) |
| 10/02/2007 | 3 | 60 DAYS ORDER....The plaintiff is hereby directed to file an amended complaint in order to name the individuals personally involved in allegedly violating his right to adequate medical attention. It must be submitted to this Court's Pro Se Office within sixty (60) days of the date of this order. No summons shall be issued at this time and all further proceedings shall be stayed for sixty (60) days or until plaintiff has complied with this order. If plaintiff fails...the complaint will be dismissed. Once submitted, the amended complaint shall be reviewed for compliance with this order and substantive sufficiency and then, if proper, the case shall be reassigned to a district judge in accordance with the procedures of the Clerk's Office. We certify pursuant to 28 U.S.C. 1915(a)...that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 10/2/07) (tro) (Entered: 10/11/2007) |
| 10/18/2007 | 4 | AMENDED COMPLAINT against Nurse #1, Nurse #2, Nurse #3, Sing Sing Correctional Facility Medical Personnel and Department amending 2 Complaint/Petition in the Nature of Mandamus with JURY DEMAND.Document filed by Jose Maurad. Related document: 2 Complaint/Petition in the Nature of Mandamus filed by Jose Maurad.(djc) (Entered: 10/25/2007) |
| 01/31/2008 | 5 | JUDGMENT in favor of Nurse #1, Nurse #2, Nurse #3, Sing Sing Correctional Facility Medical Personnel and Department against Jose Maurad dismissing the case with the Court certifying that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 1/31/08) (jf) (Entered: 01/31/2008) |
| 01/31/2008 | 6 | ORDER OF DISMISSAL: The complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed because it fails to state a claim on which relief may be granted. 28 U.S.C. 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). (Signed by Judge Kimba M. Wood on 1/31/08) (dle) (Entered: 02/01/2008) |
| 02/01/2008 |  | Mailed notice of Right to Appeal to Pro Se Litigant(s): Jose Maurad. (ama) (Entered: 02/01/2008) |
| 02/28/2008 | 7 | NOTICE OF APPEAL from 6 Order of Dismissal, 5 Judgment. Document filed by Jose Maurad. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 03/04/2008) |
| 02/28/2008 |  | Appeal Remark as to 7 Notice of Appeal filed by Jose Maurad. $455.00 APPEAL FEE DUE. IFP REVOKED 1/31/08. (tp) (Entered: 03/04/2008) |
| 03/04/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 7 Notice of Appeal. (tp) (Entered: 03/04/2008) |
| 03/04/2008 |  | Transmission of Notice of Appeal to the District Judge re: 7 Notice of Appeal. (tp) (Entered: 03/04/2008) |